UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROY WELCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. STRATTON,<br><br>　　　　　Defendant. | No. 2:17-cv-0517 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. On February 1, 2018, a settlement conference was held, but the case did not settle. Accordingly, IT IS HEREBY ORDERED that:

　　1. The stay of this action is lifted; and

　　2. Defendant Stratton shall file a responsive pleading within fourteen days from the date of this order.

Dated: February 14, 2018

welc0517.lft

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1